NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001070
04-MAY-2012
08:42 AM

NO. CAAP-11-0001070

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GMAC MORTGAGE, LLC,
Plaintiff/Counterclaim Defendant/Appellee,
v.
VICTOR LESA, JR. and RICHELE LESA,
Defendants/Counter Claimants/Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0449(3))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 4, 2012.

Presiding Judge

Associate Judge

Associate Judge